UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI RENEE ELLANSON,<br><br>Plaintiff,<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO.: 1:22-cv-01480-GSA<br><br>**ORDER OF REMAND PURSUANT TO STIPULATION**<br><br>(Doc. 2) |

Based on the parties' stipulation to remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, IT IS ORDERED that this action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant Kilolo Kijakazi, acting commissioner of social security.

IT IS SO ORDERED.

Dated: **June 16, 2023**          /s/ Gary S. Austin
                                                    UNITED STATES MAGISTRATE JUDGE