UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI RENEE ELLANSON,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO.: 1:22-cv-01480-GSA<br><br>**ORDER GRANTING EAJA FEES PURSUANT TO STIPULATION** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses (Doc. 18), it is **ORDERED** that fees and expenses in the amount of $7,850.00 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **July 14, 2023**          **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE